IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN A. MELGOZA RAMIREZ, | ) | |
| | ) | |
| Petitioner, | ) | 8:12CV74 |
| | ) | |
| v. | ) | |
| | ) | |
| FRED BRITTEN, | ) | ORDER AND JUDGMENT |
| | ) | |
| Respondent. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Petitioner Juan A. Melgoza Ramirez's Petition for Writ of Habeas Corpus (Filing No. 1) is dismissed with prejudice.

2) All pending motions are denied.

DATED this 1st day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court